Matter of Kane v Lander

2026 NY Slip Op 02953

May 12, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Nickie Kane, Petitioner-Appellant,

v

Brad Lander, et al., Respondents-Respondents.

Decided and Entered: May 12, 2026

Index No. 451585/26|Appeal No. 6815-6816|Case No. 2026-02537, 2026-02422|

Before: Scarpulla, J.P., Shulman, Higgitt, O'Neill Levy, Chan, JJ.

Nickie Kane, petitioner pro se.

Paul D. Newell, New York, for Brad Lander, respondent.

[*1]

Order, Supreme Court, New York County (Matthew V. Grieco) entered April 30, 2026, to the extent appealable, unanimously affirmed, without costs. Appeal from that portion of the same order, which denied the motion for reargument, unanimously dismissed, without costs, as taken from a nonappealable paper. Judgment, Supreme Court, New York County (Matthew V. Grieco, J.), entered on or about April 28, 2026, unanimously affirmed for the reasons stated by Matthew V. Grieco, J., without costs or disbursements.

No opinion. Order filed.

M-2497 — Matter of Kane v Lander

Motion for waiver costs, fees, and expenses, granted.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 12, 2026